DeLanoy, Kipp & Swan, Inc., Respondent, *v.* New Amsterdam Casualty Company et al., Appellants.

Argued December 7, 1942; decided January 14, 1943.

*Theodore L. Bailey, Arthur E. Muller* and *Julius F. Steinbrenner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J.